In the Matter of ETHEL DUBINER, Respondent, v. JERRY I. DUBINER, Appellant.—

The parties hereto were married August 22, 1956, and separated sometime in May, 1959. Petitioner-respondent is employed and has take-home pay of $63.80 per week. The testimony indicates that respondent-appellant presently earns the sum of $30 per week. The trial court was of the opinion that respondent-appellant, though suffering from a coronary condition, was not working up to his potential. Support was directed on a means basis. The evidence in the record does not support the award as made, and is not a fair and reasonable sum according to respondent-appellant's means. (N. Y. City Dom. Rel. Ct. Act, § 101, subd. 1; § 92, subd. [1].) Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WESLEY SAWYER, Appellant.— No opinion. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

PHILIP FUSCO et al., Respondents, v. NICHOLAS J. FIORE, Defendant, and BERNARD LEWIS et al., Appellants.—

Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JACOVINO, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT HALPERN, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX MITCHELL, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

In the Matter of DONALD J. MCNAUGHTON, Petitioner, v. STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

JOJULE REALTY CORPORATION, Appellant, v. CARL F. STRAUSS et al., Respondents.— No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.